UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR102 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JOSHUA LABOY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 13th day of October, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 7, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853 based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 1966/1967 Cessna, Model U206B, serial number U206-0745, fixed wing, single engine aircraft, tail number N3445L and a Garmin GPS MAP 696, serial number IH6005347, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on August 8, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on October 13, 2010 (Filing No. 40).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to a 1966/1967 Cessna, Model U206B, serial number U206-0745, fixed wing, single engine aircraft, tail number N3445L and a Garmin GPS MAP 696, serial number IH6005347, held by any person or entity, is hereby forever barred and foreclosed.

C. The a 1966/1967 Cessna, Model U206B, serial number U206-0745, fixed wing, single engine aircraft, tail number N3445L and a Garmin GPS MAP 696, serial number IH6005347, be, and the same hereby are, forfeited to the United States of America .

D. The United States Internal Revenue Service is directed to dispose of said property in accordance with law.

DATED this 13th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**